UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON DEVALL

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 09-765-BAJ-SCR

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 27, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405 (g), the final decision of the Commissioner of Social Security denying the claim of Brandon Devall for disability and supplemental security income (SSI) benefits is **AFFIRMED** and this action shall be **DISMISSED**.

Baton Rouge, Louisiana, January _20_, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA